377 A.2d 989

Commonwealth v. Smith, Appellant.

Argued June 15, 1977. Benjamin Pomerantz, for appellant; Charles F. Gallagher, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order of the court below is vacated.

The case is remanded for a hearing.

377 A.2d 990

Commonwealth v. Stoner, Appellant.

Argued June 20, 1977. Edward F. Browne, Jr., Assistant Public Defender, for appellant; D. Richard Eckman, District Attorney, submitted a brief for Commonwealth, appellee.

Judgments of sentence affirmed.